# Exhibit A



# RoboSky Consulting, LLC

P.O. Box 3378
Forney, TX  75126
www.roboskyconsulting.com
888-322-ROBO
NIPR# 19640301
Licenses: Texas, Iowa, Oklahoma

|  |  |
|---|---|
| Client: | Fox Hospitality Inc. & Ron Pye |
| Property: | 3431 Percy Priest Dr |
|  | Nashville, TN 37214 |

|  |  |
|---|---|
| Operator: | CHRIS |

|  |  |
|---|---|
| Estimator: | John Fielding |
| Company: | Robosky Consulting, LLC |

| Type of Estimate: | Wind Damage | | |
|---|---|---|---|
| Date Entered: | 9/25/2024 | Date Assigned: | 9/25/2024 |
| Date Est. Completed: | 11/19/2024 | Date Job Completed: | |

|  |  |
|---|---|
| Price List: | TNNA8X_SEP24 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 2024-09-25-1003 |
| File Number: | 0002588822 |



# RoboSky Consulting, LLC

P.O. Box 3378
Forney, TX  75126
www.roboskyconsulting.com
888-322-ROBO
NIPR# 19640301
Licenses: Texas, Iowa, Oklahoma

**2024-09-25-1003**

**2024-09-25-1003**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 4.00 EA | 860.00 | 0.00 | 911.60 | 4,351.60 | (0.00) | 4,351.60 |
| *Haul away all job site debris* | | | | | | | |
| 2. Commercial Supervision / Project Management - per hour | 50.00 HR | 74.16 | 0.00 | 982.62 | 4,690.62 | (0.00) | 4,690.62 |
| *OSHA required safety supervisor for tradesmen working at heights* | | | | | | | |
| **1926.502(h)(1) OSHA** | | | | | | | |
| *The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements:* | | | | | | | |
| **1926.502(h)(1)(v) OSHA** | | | | | | | |
| *The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function* | | | | | | | |
| 3. General Laborer - per hour | 50.00 HR | 57.51 | 0.00 | 762.01 | 3,637.51 | (0.00) | 3,637.51 |
| *Labor to cover landscaping and protect surrounding property from falling shingles and debris from roof tear off.* | | | | | | | |
| 4. Fall protection harness and lanyard (per day) | 20.00 DA | 8.00 | 0.00 | 42.40 | 202.40 | (0.00) | 202.40 |
| 5. Heavy Equipment (Bid Item) | 1.00 EA | | | | | | OPEN ITEM |
| Bid item for crane and operator to D&R HVAC units and material loading | | | | | | | |
| 6. Electrical (Bid Item) | 1.00 EA | | | | | | OPEN ITEM |
| Bid item for electrician to disconnect HVAC power supply | | | | | | | |
| 7. Debris chute hopper - (per week) - 30" x 4' section | 1.00 WK | 35.00 | 0.00 | 9.28 | 44.28 | (0.00) | 44.28 |
| 8. Debris chute - (per week) - 30" x 4' section | 10.00 WK | 19.00 | 0.00 | 50.35 | 240.35 | (0.00) | 240.35 |
| 9. Debris chute mounting hardware - (per week) | 10.00 WK | 30.00 | 0.00 | 79.50 | 379.50 | (0.00) | 379.50 |
| 10. Bid Item | 1.00 EA | 19,577.61 | 0.00 | 0.00 | 19,577.61 | (0.00) | 19,577.61 |
| Interior repair cost incurred | | | | | | | |
| **Total: 2024-09-25-1003** | | | **0.00** | **2,837.76** | **33,123.87** | **0.00** | **33,123.87** |

### Main roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11. Remove Single-ply - Fully adhered system - 60 mil - fleece back | 187.33 SQ | 146.62 | 0.00 | 7,278.58 | 34,744.90 | (0.00) | 34,744.90 |
| 12. Single-ply - Fully adhered system - 60 mil - fleece back | 215.43 SQ | 530.62 | 5,332.54 | 31,705.66 | 151,349.67 | (0.00) | 151,349.67 |
| 13. R&R Insulation - ISO board, 3" | 187.33 SQ | 481.53 | 3,063.25 | 24,716.08 | 117,984.34 | (0.00) | 117,984.34 |
| 14. R&R Insulation - ISO board, 3" | 206.06 SQ | 481.53 | 3,369.52 | 27,187.31 | 129,780.90 | (0.00) | 129,780.90 |
| 15. R&R Fiberboard - 1/2" | 18,733.00 SF | 2.37 | 814.42 | 11,981.08 | 57,192.71 | (0.00) | 57,192.71 |
| 16. R&R Cap flashing - large | 1,031.00 LF | 30.78 | 1,921.66 | 8,918.80 | 42,574.64 | (0.00) | 42,574.64 |

Case 3:25-cv-01421   Document 1-1   Filed 12/08/25   Page 3 of 8 PageID #: 9



# RoboSky Consulting, LLC

P.O. Box 3378
Forney, TX  75126
www.roboskyconsulting.com
888-322-ROBO
NIPR# 19640301
Licenses: Texas, Iowa, Oklahoma

### CONTINUED - Main roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  R&R Curb flashing - PVC/TPO | 650.00 LF | 22.37 | 586.22 | 4,008.59 | 19,135.31 | (0.00) | 19,135.31 |
| 18.  R&R Sheathing - radiant barrier - 5/8" - plywood | 187.33 SF | 4.53 | 24.09 | 231.26 | 1,103.95 | (0.00) | 1,103.95 |
| 19.  Remove Additional charge for high roof (2 stories or greater) | 170.80 SQ | 15.46 | 0.00 | 699.76 | 3,340.33 | (0.00) | 3,340.33 |
| 20.  Additional charge for high roof (2 stories or greater) | 196.42 SQ | 20.82 | 0.00 | 1,083.71 | 5,173.17 | (0.00) | 5,173.17 |
| 21.  Detach & Reset Gravity roof ventilator - 18" | 14.00 EA | 86.11 | 1.27 | 319.81 | 1,526.62 | (0.00) | 1,526.62 |
| 22.  Roof drain cover - Detach & reset | 5.00 EA | 46.15 | 0.00 | 61.15 | 291.90 | (0.00) | 291.90 |
| 23.  R&R Pipe jack flashing - PVC/TPO - Large | 8.00 EA | 135.85 | 66.87 | 305.72 | 1,459.39 | (0.00) | 1,459.39 |
| **Totals:  Main roof** | | | **15,179.84** | **118,497.51** | **565,657.83** | **0.00** | **565,657.83** |
| **Line Item Totals:  2024-09-25-1003** | | | **15,179.84** | **121,335.27** | **598,781.70** | **0.00** | **598,781.70** |

Case 3:25-cv-01421   Document 1-1   Filed 12/08/25   Page 4 of 8 PageID #: 10



**RoboSky Consulting, LLC**

P.O. Box 3378
Forney, TX  75126
www.roboskyconsulting.com
888-322-ROBO
NIPR# 19640301
Licenses: Texas, Iowa, Oklahoma

## Summary

| | |
|---|---:|
| Line Item Total | 462,266.59 |
| Material Sales Tax | 15,179.84 |
| Subtotal | 477,446.43 |
| Overhead | 68,680.33 |
| Profit | 52,654.94 |
| **Replacement Cost Value** | **$598,781.70** |
| **Net Claim** | **$598,781.70** |

_____
John Fielding

Case 3:25-cv-01421    Document 1-1    Filed 12/08/25    Page 5 of 8 PageID #: 11



# RoboSky Consulting, LLC

P.O. Box 3378
Forney, TX  75126
www.roboskyconsulting.com
888-322-ROBO
NIPR# 19640301
Licenses: Texas, Iowa, Oklahoma

## Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (10%) | Material Sales Tax (9.25%) | P Ppty Material Tax (9.25%) | P Ppty Cleaning Tax (9.25%) | Storage Rental Tax (9.25%) | State Food Tax (4%) | Local Food Tax (2.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 68,680.33 | 52,654.94 | 15,179.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **68,680.33** | **52,654.94** | **15,179.84** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

Case 3:25-cv-01421     Document 1-1     Filed 12/08/25     Page 6 of 8 PageID #: 12



**RoboSky Consulting, LLC**

P.O. Box 3378
Forney, TX  75126
www.roboskyconsulting.com
888-322-ROBO
NIPR# 19640301
Licenses: Texas, Iowa, Oklahoma

## Recap by Room

| | | | |
|---|---|---:|---:|
| **Estimate: 2024-09-25-1003** | | **30,286.11** | **6.55%** |
| **Main roof** | | **431,980.48** | **93.45%** |
| **Subtotal of Areas** | | **462,266.59** | **100.00%** |
| **Total** | | **462,266.59** | **100.00%** |

Case 3:25-cv-01421     Document 1-1     Filed 12/08/25     Page 7 of 8 PageID #: 13

 **RoboSky Consulting, LLC**

P.O. Box 3378
Forney, TX  75126
www.roboskyconsulting.com
888-322-ROBO
NIPR# 19640301
Licenses: Texas, Iowa, Oklahoma

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| **GENERAL DEMOLITION** | 104,459.34 | 17.45% |
| **LABOR ONLY** | 6,583.50 | 1.10% |
| **ROOFING** | 331,486.14 | 55.36% |
| **SCAFFOLDING** | 160.00 | 0.03% |
| **O&P Items Subtotal** | 442,688.98 | 73.93% |

| Non-O&P Items | Total | % |
|---|---:|---:|
| **USER DEFINED ITEMS** | 19,577.61 | 3.27% |
| **Non-O&P Items Subtotal** | 19,577.61 | 3.27% |
| **O&P Items Subtotal** | 442,688.98 | 73.93% |
| **Material Sales Tax** | 15,179.84 | 2.54% |
| **Overhead** | 68,680.33 | 11.47% |
| **Profit** | 52,654.94 | 8.79% |
| **Total** | 598,781.70 | 100.00% |

Case 3:25-cv-01421    Document 1-1    Filed 12/08/25    Page 8 of 8 PageID #: 14