# IN THE UNITED STATES DISTRICT COUT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

FOX HOSPITALITY INC COMFORT
SUITES,

     Plaintiff,

v.

WESTFIELD PREMIER INSURANCE
COMPANY,

    Defendant.

No. 3:25-cv-01421

## NOTICE OF FILING SUBPOENA

Come now Defendant, Westfield Premier Insurance Company, by and through counsel,

and gives notice of the filing of a subpoena to Farmers Insurance Exchange, a copy of which is

attached.

Respectfully submitted,

**SMITH & TOMKINS**

/s/ James R. Tomkins
**JAMES R. TOMKINS, #11161**
25 Century Boulevard, North, Suite 606
Nashville, Tennessee 37214
(615) 256-1280
jtomkins@smithtomkins.com

*Attorney for Westfield Premier Insurance Company*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 2nd day of June, 2026, I have served a copy of the foregoing on the following via ECF filing system.

Mr. Yisroel Silverman
Insurance Litigation Group, PA
1500 NE 162nd Street
Miami, FL 33162
service@ilgpa.com

Mr. Lewis L. Cobb
Spragins, Barnett & Cobb, PLC
312 E. Lafayette
Jackson, TN 38301
lewiscobb@spraginslaw.com


/s/ James R. Tomkins_____
**JAMES R. TOMKINS**